# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| AGUSTIN RAMIREZ, et al., *Plaintiff-Appellants*, v. MARTIN NAVARRO, et al., *Defendant-Appellees*. | Civil Appeal No. 23-55112 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Ninth Circuit Rule 31-2.2, Appellants hereby move *unopposed* for, and respectfully request, a 30-day extension of time to file their reply brief, up to and including **Friday, February 2, 2024**.

*Five* key reasons justify an extension of time:

(1) **Unopposed Motion**: Both sides' counsel have been courteous in agreeing to extensions for each other. Appellee's counsel has courteously indicated that this extension request is *unopposed*.

(2) **Complexity of Issues**: This appeal raises what appear to be novel questions of law that do not appear to have ever been addressed by any Court of Appeals. Moreover, counsel respectfully submit some of these issues at bar are highly complex and that substantial additional research is required to reply to the answering brief.

1

(3) **Year-End Holidays**: The briefing period has coincided with the year-end holidays, such as Christmas / Advent and New Year's Eve, such that counsel have had familial obligations.

(4) **Illness of Counsel**: Appellants' appellate counsel have been quite sick in the time period of the past 30 days.

(5) **Heavy Press of Business**: Appellants' appellate counsel have had been very busy in the past 30 days. For example, they had a complex appellate oral argument in the Eighth Circuit on December 13, 2023.

\* \* \* \* \*

This extension request is **unopposed** and is sought in good faith. Accordingly, for good cause shown, Appellants respectfully request a 30-day extension of time to file their reply brief up to and including **Friday, February 2, 2024**.

Date: December 31, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Andrew Grimm*　　　　　　
　　　　　　　　　　　　　　　　　Andrew Grimm
　　　　　　　　　　　　　　　　　DIGITAL JUSTICE FOUNDATION
　　　　　　　　　　　　　　　　　15287 Pepperwood Drive
　　　　　　　　　　　　　　　　　Omaha, Nebraska 68154
　　　　　　　　　　　　　　　　　(531) 210-2381
　　　　　　　　　　　　　　　　　Andrew@DigitalJusticeFoundation.org

　　　　　　　　　　　　　　　　　*Attorney for Appellants*

# 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, counsel for Appellants in this appeal, hereby declare the following:

**(1)** *Current Deadline*: Appellants' reply brief is currently due on January 3, 2024.

**(2)** *Original Deadline*: Appellants' reply brief was originally due on December 4, 2023.

**(3)** *Length of Extension*: Appellants are seeking a 30-day extension, up to and including February 2, 2024.

**(4)** *Reasons for Extension*: There are five reasons for the extension:

   a. The extension request is unopposed.

   b. The appeal raises novel, complex issues.

   c. The current briefing period coincided with year-end holidays.

   d. Appellate counsel have been sick.

   e. Appellate counsel have been quite busy.

**(5)** *Representation of Diligence*: I believe that my co-counsel and I have attempted to exercise reasonable diligence with respect to the prosecution of this appeal and we will endeavor to complete the brief in this timeframe.

**(6)** *Position of Other Parties*: Mr. Larry Zerner, Appellee's counsel, emailed me in response to an inquiry indicating that this extension request is *unopposed*. ("That is fine.").

**(7)** *Transcript Status*: There were no oral arguments below and so no transcripts have been ordered.

I hereby declare that the above statements that I made in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: December 31, 2023              Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This Motion contains **657** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: December 31, 2023                Respectfully submitted,

                                              */s/ Andrew Grimm*
                                              Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: December 31, 2023          Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm