UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AGUSTIN RAMIREZ; et al.,

    Plaintiffs-Appellants,

 v.

MARTIN NAVARRO and DOES, 1-10, inclusive,

    Defendants-Appellees.

No. 23-55112

D.C. No. 5:20-cv-02408-SP
U.S. District Court for Central California, Riverside

**ORDER**

Appellants' motion (Docket Entry No. 37) for an extension of time to file the reply brief is granted. The appellants' reply brief is due February 2, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7